UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-159 DSD/JMM

| | | |
|---|---|---|
| TERRENCE O. WATSON, | ) | |
| | ) | |
| Petitioner, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Respondent. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

01-159 DSD/JMM

Petitioner's Name

TERRENCE O. WATSON

Remove AUSA

JEFFREY S. PAULSEN

Add AUSA

STEVE SCHLEICHER

FRANK J. MAGILL, JR.
Acting United States Attorney

Dated: January 8, 2008

s/Jeffrey S. Paulsen
BY: JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID Number 144332