RECEIVED

JUL 18 2008

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

UNITED STATES OF AMERICA §
§
vs. § CASE NUMBER 01-159-(1)-DSD-JMM
§
TERRENCE ODELL WATSON §

TERRENCE ODELL WATSON'S PRO SE MOTION TO
SUBSTITUTE COUNSEL

TO: HONORABLE DAVID S. DOTY, PRESIDING
SENIOR UNITED STATES DISTRICT JUDGE

TERRENCE ODELL WATSON, Defendant/Movant Pro Se, ("Watson"), moves this Court to enter an Order substituting appointed counsel, Douglas Olson, Assistant Federal Public Defender, with Terrence Odell Watson to appear pro se in this matter and permitting Mr. Olson to withdraw as counsel of record, and in support of such substitution of counsel Watson would show as follows:

1. Watson was sentenced to a Guideline sentence of 120 months in federal prison in the above-captioned and numbered case, and that judgment was filed January 29, 2002. In January, 2008 Watson, pro se, filed a motion and substituted motion to modify that sentence pursuant to 18 USC § 3582(c)(2).

2. Mr. Olson's office in general, and Mr. Olson in particular was appointed to represent Watson in this proceeding.

3. The legitimate ends of the attorney/client relationship have deteriorated between Watson and Mr. Olson, such that Mr. Olson should not be called upon to further Watson in this matter. Watson is asking that this Court permit Mr. Olson to withdraw as counsel and to permit him to proceed pro se.

4. Mr. Olson has legitimate differences with Watson, and Watson with Mr. Olson, such that the ends of justice and the best interests of Watson would best be served by this Court permitting Mr. Olson to withdraw and permitting Watson to proceed pro se.

SCANNED
JUL 18 2008
U.S. DISTRICT COURT ST. PAUL

WHEREFORE, Watson prays this Court enters an Order permitting Olson to withdraw as counsel of record and permitting Watson to proceed pro se.

Respectfully submitted,

Terrence Odell Watson
Reg. No. 09980-041
Federal Prison Camp
P.O. Box 5000
Florence, Colorado 81226-5000
DEFENDANT/MOVANT PRO SE

VERIFICATION

I, Terrence Odell Watson, being an incarcerated person, and in lieu of an affidavit subscribed and sworn to before a Notary Public, declare under penalty of perjury, that the statements made herein are within my personal knowledge, and they are true and correct.

Terrence Odell Watson
Movant Pro Se / DECLARANT

CERTIFICATE OF CONFERENCE

I, Terrence Odell Watson, certify that prior to the filing of this motion to substitute counsel I had a telephone conference with Mr. Olson, and Mr. Olson opined that he could no longer represent me in this matter, and he will have no opposition to the granting of this motion.

Terrence Odell Watson
Movant Pro Se

CERTIFICATE OF FILING BY MAIL
AND
CERTIFICATE OF SERVICE

I, Terrence Odell Watson, being an incarcerated person, and in lieu of an affidavit subscribed and sworn to before a notary public, declare under penalty of perjury, that the original of this motion was duly filed by mail, by depositing same in the institution's mail depository for legal mail, first class postage prepaid, and addressed to: Office of the Clerk, United States District Court, UNITED STATES COURTHOUSE, 300 S. Fourth Street, Minneapolis, Minnesota 55415, on Wednesday, July 16, 2008.

I further certify that a true and correct copy of this document was duly served upon the government by depositing same in the institution's mail depository for legal mail, first class postage prepaid, and addressed to: Steven L. Schleicher, Assistant U.S. Attorney, 600 U.S. Courthouse, 300 S. Fourth Street, Minneapolis, Minnesota 55415, on Wednesday, July 16, 2008.

Terrence Odell Watson, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CASE NUMBER 01-159-(1)-DSD-JMM |
| | § | |
| TERRENCE ODELL WATSON | § | |

# O R D E R

Terrence Odell Watson's motion to substitute counsel is GRANTED. Mr. Douglas Olson is permitted to withdraw as counsel of record. Terrence Odell Watson will proceed in this case pro se.

I T I S S O O R D E R E D.

SIGNED this ___ day of ________________________, 2008.

Honorable David S. Doty
Senior United States District Judge