RECEIVED
BY MAIL
SEP 02 2008
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA §
§
vs. § CRIMINAL NO. 01-159(1) (DSD)
§
TERRENCE ODELL WATSON §

NOTICE OF APPEAL

PLEASE TAKE NOTICE that Terrence Odell Watson, Defendant/Appellant Pro Se, intends to appeal the denial of his motion filed pursuant to 18 USC § 3582(c)(2) by order entered by this Court on August 19, 2008, and such appeal will be to the United States Court of Appeals for the Eighth Circuit.

Respectfully submitted,

Terrence Watson
Terrence Odell Watson
Reg. No. 09980-041
Federal Prison Camp
P.O. Box 5000
Florence,Colorado 81226-5000
DEFENDANT/APPELLANT PRO SE

CERTIFICATE OF FILING BY MAIL

I, Terrence Odell Watson, being an incarcerated person, and in lieu of an affidavit subscribed and sworn to before a notary public, declare under penalty of perjury, that the foregoing Notice of Appeal was duly filed by mail, by depositing same in the institution's mail depository for legal mail, first class postage prepaid and addressed to: Office of the Clerk, United States District Court, District of Minnesota, FEDERAL BUILDING, Room 700, 316 North Robert Street, St. Paul, Minnesota 55101-1460, on Wednesday, August 27, 2008. As such this notice is filed in a timely manner within ten days of the order being appealed from being entered.

Terrence Watson
Terrence Odell Watson
DEFENDANT/APPELLANT PRO SE

SCANNED
SEP 03 2008
U.S. DISTRICT COURT ST. PAUL

CERTIFICATE OF SERVICE

I certify that a true and correct copy the foregoing notice of appeal was duly served upon the office of the United States Attorney for the District of Minnesota at the listed address for such office, by depositing same in the institution's mail depository, first class postage prepaid, on August 27, 2008.

Terrence Watson
Terrence Odell Watson
DEFENDANT/APPELLANT PRO SE