UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 01-159(1)(DSD) |
| | § | |
| TERRENCE ODELL WATSON | § | |

TERRENCE ODELL WATSON'S PRO SE MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS

TO: HONORABLE DAVID S. DOTY, PRESIDING
UNITED STATES DISTRICT JUDGE

TERRENCE ODELL WATSON, Defendant/Appellant Pro Se, ("Watson"), moves this Court to enter an order granting leave unto Watson to proceed on the instant appeal in forma pauperis, and in support of such motion Watson would show as follows:

1. Watson has proceed as a pauper in all proceedings up to and including the instant appeal from the denial of his 18 USC § 3582(c)(2) motion. Watson has proceeded with appointed counsel in all prior proceedings.

2. Watson is indigent, a prisoner, and unable to afford counsel or prepayment of fees and costs of this appeal.

WHEREFORE, Watson prays this Court enters an Order permitting him to proceed in forma pauperis on this appeal.

Respectfully submitted,

Terrence Watson

Terrence Odell Watson
Reg. No. 09980-041
Federal Prison Camp
P.O. Box 5000
Florence, Colorado 81226-5000
DEFENDANT/APPELLANT PRO SE

SCANNED
SEP 03 2008
U.S. DISTRICT COURT ST. PAUL

CERTIFICATE OF FILING BY MAIL
AND
CERTIFICATE OF SERVICE

I, Terrence Odell Watson, being an incarcerated person, and in lieu of an affidavit subscribed and sworn to before a notary public, declare under penalty of perjury, that the foregoing motion for leave to proceed on appeal in forma pauperis was duly filed by mail, by depositing same in the institution's mail depository for legal mail first class postage prepaid and addressed to the Clerk of the Court on Wednesday, August 27, 2008. If further certify the government was served by mail on Wednesday, August 27, 2008.

Terrence Watson

Terrence Odell Watson, pro se