# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Terrence Odell Watson CR 01-159 (1) DSD/JMM

2. Defendant and Address: Terrence Odell Watson
   Reg No. 09980-041
   FPC - Florence
   P.O. Box 5000
   Florence CO 81226

3. Date of verdict: (x) N/A

4. Appealing: (x) Order denying motion filed pursuant to 18:3582(c)(2)

5. Sentence: Custody of BOP for months, yrs supervised released, spec assmt of $

6. Date sentence imposed:

7. Defendant incarcerated? (x) Yes

8. Financial Status: Fee paid? (x) N/A Counsel previously appointed
   Is a motion for IFP pending? (x) Yes

9. Notice of Appeal was filed on 9/2/08

10. Court Reporter: n/a, no hearing held

11. Trial Counsel: n/a, Notice of Appeal filed by the defendant Pro Se

12. Trial counsel was: (x) Appointed (x) N/A Pro Se

    Is there any reason why trial counsel should not be appointed on appeal? () yes () No

13. Assistant U.S. Attorney: Steven L. Schleicher PHONE #: (612) 664-5600

14. List of other defendants in this case & disposition:

15. Additional Comments:
    Probation-Please send the PSI, addendums and Statement of Reasons to the Criminal Unit (STP).

Prepared by: leg